**2013–1315. State v. Klein.**
Union App. No. 14–12–09, 2013-Ohio-2387. ▮

 motion for reconsideration. Motion denied.

PFEIFER, KENNEDY, and O'NEILL, JJ., dissent.